129 So.2d 688

**Henry Mark CRANMORE**

v.

**STATE of Alabama.**

1 Div. 966.

Supreme Court of Alabama.

April 6, 1961.

Rehearing Denied May 18, 1961.

130 So.2d 227

**Tracy PAGE**

v.

**STATE of Alabama.**

8 Div. 63.

Supreme Court of Alabama.

April 6, 1961.

Rehearing Denied May 18, 1961.

B. F. Stokes, III, Mobile, for petitioner.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

MERRILL, Justice.

The petition for certiorari to the Court of Appeals must be stricken because it is not on transcript paper. Supreme Court Rule 32; Ladd v. State, 266 Ala. 586, 98 So.2d 59.

Moreover, no errors are specified or assigned in the petition for writ of certiorari. This renders the petition insufficient to invite a review. Burton v. State, 267 Ala. 354, 101 So.2d 572; Davenport-Harris Funeral Home, Inc. v. Chandler, 264 Ala. 623, 88 So.2d 878.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.